```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 05 B 54440
   DAVID L HASH SR
   EULA M HASH                                 CHAPTER 13

                                               JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-9531    SSN XXX-XX-2493

-------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 10/14/2005 and was confirmed 01/23/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  20.96%.

     The case was paid in full 07/09/2008.
-------------------------------------------------------------------------------
CREDITOR NAME               CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
-------------------------------------------------------------------------------
CAPITAL ONE                 UNSECURED           800.90           .00         167.88
STANDARD FEDERAL S & L      CURRENT MORTG          .00           .00            .00
JP MORGAN CHASE BANK NA     CURRENT MORTG          .00           .00            .00
ACL INC                     UNSECURED        NOT FILED           .00            .00
ACL INC                     UNSECURED        NOT FILED           .00            .00
ACL INC                     UNSECURED        NOT FILED           .00            .00
CAPITAL ONE                 UNSECURED          2311.19           .00         484.45
CAPITAL ONE BANK            UNSECURED        NOT FILED           .00            .00
CAPITAL ONE                 UNSECURED OTH     385.31             .00          80.79
CAPITAL ONE                 UNSECURED           359.78           .00          75.41
RESURGENT CAPITAL SERVIC    UNSECURED          3024.54           .00         633.97
CHICAGO VETERINARIAN CLI    UNSECURED        NOT FILED           .00            .00
CITIBANK                    UNSECURED        NOT FILED           .00            .00
SHELL CITICARD              UNSECURED        NOT FILED           .00            .00
SHELL CITICARD              UNSECURED        NOT FILED           .00            .00
JC PENNY                    UNSECURED        NOT FILED           .00            .00
SAM'S CLUB                  UNSECURED        NOT FILED           .00            .00
HOME DEPOT                  UNSECURED        NOT FILED           .00            .00
ECAST SETTLEMENT CORP       UNSECURED          1483.85           .00         311.03
HSBC BANK NEVADA NA         UNSECURED             .00            .00            .00
KOHLS                       UNSECURED           510.64           .00         107.04
MERRICK BANK                UNSECURED          2771.19           .00         580.87
PORTFOLIO RECOVERY ASSOC    UNSECURED          7271.11           .00        1524.10
STATE COLLECTION SERVICE    UNSECURED        NOT FILED           .00            .00
PORTFOLIO RECOVERY ASSOC    UNSECURED          5225.33           .00        1095.28
PORTFOLIO RECOVERY ASSOC    UNSECURED          5251.55           .00        1100.78
JP MORGAN CHASE BANK NA     MORTGAGE ARRE      226.74            .00         226.74
MERRICK BANK                UNSECURED          1793.45           .00         375.93
ASSET ACCEPTANCE CORP       UNSECURED           612.02           .00         128.29
HSBC BANK NEVADA NA         UNSECURED          1685.76           .00         353.35
ROBERT J SEMRAD & ASSOC     REIMBURSEMENT         5.20           .00           5.20
COOK COUNTY TREASURER       PRIORITY              .00            .00            .00

                 PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 54440 DAVID L HASH SR & EULA M HASH
```

```
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY    2,600.00                    2,600.00
TOM VAUGHN                TRUSTEE                                      630.46
DEBTOR REFUND             REFUND                                          .00

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                          RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                  10,481.57

PRIORITY                                                 5.20
SECURED                                                226.74
UNSECURED                                            7,019.17
ADMINISTRATIVE                                       2,600.00
TRUSTEE COMPENSATION                                   630.46
DEBTOR REFUND                                             .00
                         ---------------       ---------------
TOTALS                   10,481.57                  10,481.57
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                      /s/ Tom Vaughn
   Dated: 09/25/08                    _____
                                      TOM VAUGHN
                                      CHAPTER 13 TRUSTEE